# United States Court of Appeals for the Federal Circuit

ERRATUM

February 26, 2007

Appeal No. 06-3415

Nonprecedential Opinion, <u>Simmons v. Small Business Admin.</u>

Decided:   February 8, 2007

On the last line of page 1, delete the words "insubordinate, and disrespectful" and put a period after "("AWOL")."